(Rev. 4/87)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

_Pamela J. Revamann_
(Enter above the full name of the plaintiff in this action)

V.

_DTRWCI Department of Corrections
Medical Department_

(Enter above the full name of the defendant(s) in this action

07-564

FILED
SEP 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
NO IFP

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]   NO [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs _____

      _____

      Defendants _____

      _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? _Wrote Grievances to medical department, Warden (Ryan) Mental Health Dept. + Unit Counselor (institution)_

2. What was the result? _No - Nobody has spoken to me other than an outside agency mental health worker. I believe this is true because I may be leaving soon._

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff  Pamela J. Bergmann

Address  32248 Robin Hood's Loop Millsboro DE 19966

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant  DJRWCI Medical Department  is employed as  outside agency

at  DJRWCI 1610 Baylor Blvd, New Castle, DE 19770

C. Additional Defendants

C.O. (Brand M. Ritchie)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

DJRWCI - Medical Department (wrapped a broken hand w/no x-rays, and left it that way for two days until I persisted to go to the Hospital for x-rays that were promised to happen here and proper care after having to set my hand and fingers myself in order to avoid further complications and keep fingers in place until seen by a doctor

Mr Ritchie (C.O. guard) - Ignored Medical Notice which resulted in loss of my priviledges
- Kept me from recieving my meds for two days

SEE: Attached
Letters to different ppl.
(if able to make copies — Y~N)
Y~N - not to be included with this form
(title page statement) ?
Can and will forward all communications at such time when requested by U.S.D.C

-3-

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

- Make acknowledgement of medical neglect publicly in the prison system (DOC) at DJBWCI

- Have a better system set in place for other inmates

- My medical bills to be covered in and out of DJRWCI (Further Orthopedic Procedures and else)


Signed this __17__ day of __September__, 19 _2007_.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_9-17-07_                       _____
Date                              (Signature of Plaintiff)

-4-

P. Bergmann
37248 Ryhan Ammi Loop
Millsboro, DE 19966

WILMINGTON DE 197
18 2007 PM 2 L

Clerk
U.S. District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 N. King Street
Wilmington, DE 19801

19801435819

LEGAL MAIL



THIS LETTER WAS SENT BY AN INMATE AT THE DELORES J BAYLOR WOMEN'S CORRECTIONAL INSTITUTION. THE CORRECTIONAL RESPONSIBLE FOR CONTENTS PRISON IS NOT RED OR THE PACKAGE. DEBTS INCURRED OR PACKAGE. OF THIS LETTER