AO 240 (Rev. 10/03)
DELAWARE (Rev 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Pamela J. Bergmann_
Plaintiff

V.

_DJBWCI Medical Department_ and Ms Richi (C.O. Guad)
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:   07-564 ***

I, _Pamela J. Bergmann_, declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [ ] Yes    [X] No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   Inmate Identification Number (Required): _SBI # 00175667_

   Are you employed at the institution? _No_   Do you receive any payment from the institution? _No_

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _March 07   465.24 biweekly Full time Disability   Cape Henlopen School District   1270 Kings Hwy Lewes, DE 19958_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [X] | [ ] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   _LTD payments 465.24 biweekly - continue to receive_

AO 240 Reverse (Rev 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes" state the total amount $ checking $80⁰⁰  savings $20⁰⁰

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ☑ Yes   ☐ No

   If "Yes" describe the property and state its value.

   Single Family Dwelling   $189,000
   Honda CRV 2002           $9000.00
   Ford Mustang 1988        $500.00
   Honda Rebel 2002         $300.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   Alan Joseph Buegmann   Son   $20⁰⁰ weekly

I declare under penalty of perjury that the above information is true and correct.

10-4-07
DATE

SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.