IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA J. BERGMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-564-*** |
| | ) |
| DJBWCI MEDICAL DEPARMENT, | ) |
| AND MS. RICHIE (C.O. Guard), | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on September 27, 2007, this Court entered an order requiring plaintiff to either pay the filing fee or submit a standard application form to proceed without prepayment of fees;

WHEREAS, plaintiff submitted an application to proceed without prepayment of fees on October 4, 2007;

NOW THEREFORE, the Court having considered plaintiff's application, at Wilmington this __5__ day of __October__, 2007;

IT IS ORDERED that the application is GRANTED.

_____
United States Magistrate Judge