IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAMELA J. BERGMANN, | : | |
| Plaintiff, | : | |
| v. | : | Civ. Action No. 07-564-*** |
| DELORES J. BAYLOR WOMEN'S CORRECTIONAL INSTITUTION and MS. RICHIE, | : | |
| Defendants. | : | |

**ORDER**

NOW THEREFORE, at Wilmington this /6 day of November, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1)

2. Plaintiff is given leave to amend the Complaint. The Amended Complaint shall be filed within **thirty days** from the date of this Order. If an Amended Complaint is not filed within the time allowed, then the case will be **CLOSED**.

UNITED STATES DISTRICT JUDGE