IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAMELA J. BERGMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-564-SLR-MPT |
| | ) |
| DJBWCI MEDICAL DEPARTMENT and MS. RICHIE, | ) ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, plaintiff Pamela J. Bergmann, filed a complaint on September 19, 2007 (D.I. 1);

WHEREAS, on November 16, 2007, an order was entered dismissing the complaint and giving plaintiff leave to amend the complaint within thirty days from the date of this order or the case would be closed (D.I. 8);

WHEREAS, the thirty days have passed and an amended complaint has not been filed;

THEREFORE, at Wilmington this 8th day of January, 2008, IT IS ORDERED that the case is closed for failure to file an amended complaint.

UNITED STATES DISTRICT JUDGE